PANY, Defendant, Impleaded with BENJAMIN BARKIN, INC., Appellant.— Order of May 1, 1924, so far as appealed from reversed, with ten dollars costs and disbursements, and motion to open default granted without terms. Order of May 13, 1924, reversed and motion granted, with leave to defendant to answer within ten days. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MORRIS CHERNUCHIN, Doing Business under the Firm Name and Style of THE STAR SODA WATER APPARATUS COMPANY, Respondent, v. MAX LIEBERMAN, Doing Business under the Firm Name and Style of ROYAL WOOD WORKING COMPANY, Defendant, Impleaded with BENJAMIN BARKIN, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to defendant to answer within ten days. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

BRYAN L. KENNELLY, INC., Respondent, v. WILLIAM MALONEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

CLARICE BLUMENTHAL, Respondent, v. MEYER L. RHEIN, Appellant.— Orders reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

EMIL BACHLE, Appellant, v. HERMAN KELLER and Others, Individually and as Copartners, etc., Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Application of the INSURANCE COMPANY SALAMANDRA OF PETROGRAD, RUSSIA, and Another, Respondents, for an Order of Mandamus against FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

KATE SMITH CAMMACK, Respondent, v. EARLE SCOTT and Another, Defendants, Impleaded with ARTHUR LIPPER and Others, Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

KATE SMITH CAMMACK, Respondent, v. EARLE SCOTT and Another, Defendants, Impleaded with ARTHUR LIPPER and Others, Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

LUCILLE PUGH, Appellant, v. ISAAC M. ULLMAN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Petition of PHIL GLEICHMAN, Respondent, for the Issuance of a Subpoena to Compel SIDNEY R. KENT and Others to Testify under Code of Civil Procedure, Section 915.* FAMOUS PLAYERS-LASKY CORPORATION, Appellant.

---

* Now Civ. Prac. Act, § 311.— [REP.